THE PEOPLE OF THE STATE OF NEW YORK, Respondent, *v.* JOHN MILLER, Appellant.

*People* v. *Miller*, 143 App. Div. 251, affirmed.
(Submitted June 1, 1911; decided June 16, 1911.)

APPEAL from an order of the Appellate Division of the Supreme Court in the first judicial department, entered March 17, 1911, which reversed an order of the Court of General Sessions of the Peace in the county of New York granting a motion in arrest of judgment after a verdict convicting the defendant of the crime of unlawful entry as a second offense.

*Lorlys Elton Rogers* for appellant.

*Charles S. Whitman, District Attorney* (*Robert S. Johnstone* of counsel), for respondent.

Order affirmed, on opinion of SCOTT, J., below
Concur: CULLEN, Ch. J., GRAY, HAIGHT, WERNER, WILLARD BARTLETT, CHASE and COLLIN, JJ.